ALEXANDER B. CVITAN (CSB 81746),
MARSHA HAMASAKI (CSB 102720), and
ANDREW BIRNBAUM (CSB 174912), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860
Facsimile: (2l3) 386-5583
E-Mails: ac@racclaw.com; marshah@racclaw.com; andyb@racclaw.com

JS-6

Attorneys for Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  vs.<br><br>J 2 M CONSTRUCTORS, INC., a California Corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation,<br><br>    Defendants. | CASE NUMBER<br><br>CV 07 1767 CAS (PJWx)<br><br>[PROPOSED] JUDGMENT AND FINAL ORDER FOR PERMANENT INJUNCTION<br><br>[Fed. R. Civ. P. 55(b)(2)] |

Plaintiff CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, and Defendants J 2 M CONSTRUCTORS, INC., a California Corporation (EMPLOYER), and AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation (SURETY), have filed a Stipulation for Entry of Judgment and for Permanent Injunction in which each party agrees to the relief herein.  This Judgment is entered pursuant to that Stipulation.

    1.    **IT IS HEREBY ORDERED ADJUDGED AND DECREED** that Judgment is entered in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC

(hereinafter "ADMINCO"), administrator and agent for collection of several employee benefit plans, and a fiduciary as to those plans including the LABORERS HEALTH AND WELFARE TRUST FUND FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA; CONSTRUCTION LABORERS VACATION TRUST FOR SOUTHERN CALIFORNIA; LABORERS TRAINING AND RE-TRAINING TRUST FUND FOR SOUTHERN CALIFORNIA; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; CENTER FOR CONTRACT COMPLIANCE; and LABORERS CONTRACT ADMINISTRATION TRUST FUND FOR SOUTHERN CALIFORNIA, (hereinafter collectively "TRUST FUNDS"), and against EMPLOYER, as follows:

    Contributions, Liquidated Damages
and Audit Fees:                            $ 95,046.83

Interest (through November 15, 2007):   <u>$  5,139.56</u>

                 Total                      $100,186.39

These amounts are due for the period through March 2007 and also include part of what is due for the period through August 2007. This judgment shall not operate as a bar, <u>res judicata</u>, or other limitation of any right of ADMINCO, the TRUST FUNDS and/or any constituent trust fund of the TRUST FUNDS to determine and collect any additional amounts owed by EMPLOYER to the TRUST FUNDS and/or any constituent trust fund of the TRUST FUNDS, including, but not limited to, any additional amounts due for the months after March 2007, because the past audit only covered the period through March 2007.

    2.   **IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that a permanent injunction be issued against EMPLOYER, its officers, agents, managing employees, successors, and all those in active concert or participation with EMPLOYER, as follows:

EMPLOYER shall deliver the following, or cause to be delivered, to the TRUST FUNDS' offices no later than 4:30 p.m., on the 20th day of each month for the duration of the AGREEMENTS commencing with its November 2007 contribution report:

    2.1  A complete, truthful and accurate "Employers Monthly Report to Trustees" covering all employees which EMPLOYER employed who were covered by the AGREEMENTS;

    2.2  An affidavit or declaration from a responsible officer of EMPLOYER attesting from his or her own personal knowledge under pain of perjury to the completeness, truthfulness and accuracy of the Employers Monthly Report to the Trustees; and

    2.3  A cashier's check made payable to the Southern California Laborers Trust Funds for the full amount of the fringe benefit contributions due on Employers Monthly Reports for each account for which a report is to be submitted.

3.  It is expressly understood by EMPLOYER that failure to comply with the permanent injunction may give rise to contempt proceedings for violation of the Court's injunction. However, if at any time EMPLOYER fails to submit a timely paid accurate Employers Monthly Report (REPORT), TRUST FUNDS will allow EMPLOYER to cure its breach of the injunction prior to seeking any further court proceedings to enforce the injunction and EMPLOYER agrees that it will pay the amounts due under the REPORT, including fringe benefits, liquidated damages and interest within 15 days of the due date of the REPORT. If after the expiration of the 15-day

period, EMPLOYER fails to pay the amounts due on its REPORT, EMPLOYER will allow TRUST FUNDS to proceed with further legal action with regard to EMPLOYER's violation of the injunction. EMPLOYER expressly waives any defenses it may have as to the TRUST FUNDS' right to recover payment of the liquidated damages and interest due on the REPORTS, if payment of only the fringe benefits is made.  TRUST FUNDS however, may in their discretion, waive a portion of those liquidated damages owed depending on if and to what extent EMPLOYER has violated the injunction.

    4.   This injunction shall be effective upon entry of this Order, and shall continue as long as EMPLOYER has an obligation under its agreements with TRUST FUNDS to report and contribute to the TRUST FUNDS.

    5.   This injunction shall not modify, supersede, or amend the agreements governing the parties' relationship.

    6.   No bond is required in connection with this injunction. **THE FAILURE OF EMPLOYER OR ANY OFFICER, AGENT, MANAGING EMPLOYEE, SUCCESSOR, OR ANY PERSON OR OTHER ENTITY IN ACTIVE CONCERT OR PARTICIPATION WITH ANY ONE OR MORE OF THEM, TO COMPLY WITH THIS ORDER AND PERMANENT INJUNCTION ISSUED HEREBY MAY BE GROUNDS FOR CONTEMPT OF COURT.**

SO ORDERED:

DATED: January 28, 2008

        /s/ Christina A. Snyder
_____
CHRISTINA A. SNYDER, Judge of the
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Submitted By:
ANDREW BIRNBAUM, Member of
REICH, ADELL & CVITAN
A Professional Law Corporation
      /S/
_____
   ANDREW BIRNBAUM
  Attorneys for Plaintiff